KOH: USAO 2016R00148

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** |
| | * | TDC 19-0321 |
| **WARNER ANTONIO PORTILLO,** | * | **(Conspiracy to Produce and Transfer** |
| | * | **Identification Documents Produced** |
| **Defendant** | * | **Without Lawful Authority, 18 U.S.C.** |
| | * | **§ 1028(f); Forfeiture, 18 U.S.C.** |
| | * | **§§ 981(a)(1)(C), 982(a)(2)(B)) &** |
| | * | **1028(b), 21 U.S.C. § 853(p),** |
| | * | **28 U.S.C. § 2461(c))** |
| | * | |

\*\*\*\*\*\*\*

## INFORMATION

### COUNT ONE
### (Conspiracy to Produce and Transfer Identification Documents
### Produced Without Lawful Authority)

The United States Attorney for the District of Maryland charges that:

### Introduction

At all times relevant to this Information:

1.      Defendant **WARNER ANTONIO PORTILLO ("PORTILLO")** was a resident of Virginia.

2.      **Co-conspirator 1** and **Co-conspirator 2** were employees of the Maryland Motor Vehicle Administration ("MVA"), an agency of the State of Maryland.  **Co-conspirator 1** and **Co-conspirator 2** both worked at the Largo Branch of the MVA located in Upper Marlboro, Maryland (the "MVA Largo Branch").  Their duties included the issuance of Maryland driver's licenses.

3.      The MVA issued Maryland driver's licenses under the authority of the State of Maryland.  Maryland driver's licenses are identification documents issued by the government of the State of Maryland.

### The Object of the Conspiracy

4.      **PORTILLO, Co-conspirator 1,** and **Co-conspirator 2,** with each other and with

others known and unknown to the United States Attorney, entered into the conspiracy to produce

and transfer Maryland driver's licenses without lawful authority for the purpose of selling

fraudulently issued Maryland driver's licenses to individuals who were not entitled to obtain

them by lawful means ("the applicants").

### The Conspiracy

5.      From in or about at least July 2015 through in or about March 2016, in the

District of Maryland, the defendant,

### WARNER ANTONIO PORTILLO,

knowingly and willfully combined, conspired, confederated and agreed with **Co-conspirator 1,**

**Co-conspirator 2,** and other persons known and unknown to the United States Attorney, to

produce and transfer, and to attempt to produce and transfer, identification documents, that is

Maryland driver's licenses, in and affecting interstate commerce, knowing that such documents

were produced without lawful authority, in violation of 18 U.S.C. § 1028(a).

### Methods and Means

6.      It was part of the conspiracy that **PORTILLO** received payment from

prospective Maryland driver's license applicants in return for agreeing to make arrangements for

the applicants to receive Maryland driver's licenses that were produced without lawful authority.

The applicants paid **PORTILLO** thousands of dollars in U.S. currency for each fraudulently

issued Maryland driver's license.

7.      It was further part of the conspiracy that **PORTILLO** or the applicants gave **Co-conspirator 1** and/or **Co-conspirator 2** the names, addresses, and other information that the applicants wished to appear on their Maryland driver's licenses.

8.      It was further part of the conspiracy that **PORTILLO** gave the applicants, **Co-conspirator 1**, and/or **Co-conspirator 2** fraudulent documents necessary to receive a Maryland driver's license, including proof of payment of taxes for a two-year period, proof of Maryland residence, and an identification document.

9.      It was further part of the conspiracy that **PORTILLO** gave the applicants, **Co-conspirator 1**, and/or **Co-conspirator 2** fraudulent documents purporting to show the applicants' Virginia driver's license number.  In fact, the Virginia driver's license numbers depicted on the documents belonged to other real individuals who were not the applicants.

10.     It was further part of the conspiracy that **PORTILLO** directed the applicants to **Co-conspirator 1**'s and **Co-conspirator 2**'s workstations at the MVA Largo Branch for the purpose of obtaining Maryland driver's licenses produced without lawful authority.

11.     It was further part of the conspiracy that **Co-conspirator 1** and **Co-conspirator 2** produced and transferred to the applicants at the MVA Largo Branch Maryland driver's licenses that were produced without lawful authority.

18 U.S.C. § 1028(f)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further finds that:

1.      Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 981(a)(1)(B), 982(a)(2)(B), and 1028(b), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), as a result of the defendant's conviction on Count One of the Information.

2.      As a result of the offense set forth in Count One of the Information, the defendant,

### WARNER ANTONIO PORTILLO,

shall forfeit to the United States all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation and any personal property used or intended to be used to commit the offense.

3.      If, as a result of any act or omission of any defendant, any of the property described above as being subject to forfeiture:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or,

      e.      has been commingled with other property which cannot be divided without difficulty;

4

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other

property of said defendant up to the value of the forfeitable property.


18 U.S.C. § 981(a)(1)(B)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1028(b)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)


Date: ___6/27/19___                    Robert K. Hur
                                       Robert K. Hur
                                       United States Attorney