## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Between in or about at least July 2015 through in or about March 2016, **WARNER ANTONIO PORTILLO ("PORTILLO")** knowingly and willfully participated in a conspiracy with Co-conspirator 1, Co-conspirator 2, and others, to produce and transfer Maryland driver's licenses produced without lawful authority.

At all times relevant to this conspiracy, Co-conspirator 1 was an agent and employee of the Maryland Motor Vehicle Administration (MVA), an agency of the State of Maryland, and she worked at the MVA branch located in Largo, Maryland (the "Largo Branch"). Co-conspirator 1's duties at the MVA included the issuance of Maryland driver's licenses, which are identification documents under the authority of the government of the State of Maryland.

As part of this conspiracy, **PORTILLO** and others involved in the conspiracy met with prospective Maryland driver's license applicants who were willing to pay money to obtain a driver's license illegally, typically because the applicants were aliens without legal status in the United States or were otherwise unable to obtain a lawfully issued driver's license. The applicants paid **PORTILLO** and others involved in the conspiracy between approximately $800 and approximately $5,000 in U.S. currency for each fraudulently issued Maryland driver's license. **PORTILLO** or the applicants gave Co-conspirator 1 and/or Co-conspirator 2 the names, addresses, and other information that applicants wished to appear on their Maryland driver's licenses. **PORTILLO** also gave the applicants, Co-Conspirator 1 and/or Co-conspirator 2 fraudulent documents necessary to receive a Maryland driver's license, including proof of payment of taxes for a two-year period, proof of Maryland residence, a valid license number from Motor Vehicle Departments in other states (usually Virginia), and an identification document. **PORTILLO** and others involved in the conspiracy assisted the applicants in traveling to the Largo Branch of the MVA, and directed the applicants to Co-conspirator 1's or Co-conspirator 2's workstation at the Largo Branch of the MVA, where the applicants obtained Maryland driver's licenses produced by Co-conspirator 1 or Co-conspirator 2 without lawful authority.

**PORTILLO** corruptly paid Co-conspirator 1 and Co-conspirator 2 between approximately $500 and $1,000 in U.S. currency for each fraudulently issued Maryland driver's license produced without lawful authority and transferred to the applicants. This conspiracy resulted in the production and transfer of at least 276 Maryland driver's licenses produced by Co-conspirator 1 or Co-conspirator 2 without lawful authority.

SO STIPULATED:

_____
Kelly O. Hayes
Assistant United States Attorney

_____
Warner Antonio Portillo
Defendant

_____
Danny C. Onorato, Esq.
Counsel for Defendant